UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENOCH KELLY HANEY,                      :
P.O. Box 72
Seminole, OK  74818-0072                :

    Plaintiff,                            :

v.                                      :   Civil Action No.:

MARRIOTT INTERNATIONAL, INC.            :
10400 Fernwood Road
Bethesda, MD  20817                     :

    Defendant.                            :

### NOTICE OF REMOVAL

Defendant, Marriott International, Inc., by counsel, hereby gives notice pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, that it is removing the action entitled <u>Enoch Kelly Haney v. Marriott International, Inc.</u>, in the Superior Court of the District of Columbia, Case Number: 05-0008778 from the Superior Court of the District of Columbia to the United States District Court of the District of Columbia.  A copy of this Notice of Removal is being filed with the Clerk of the Superior Court for the District of Columbia to thereby effect removal to the United States District Court for the District of Columbia and that court shall proceed no further unless the case is remanded.

### STATEMENT OF GROUNDS FOR REMOVAL

As its Statement of Grounds for Removal, defendant states as follows:

1.    Plaintiff commenced his action when he filed his Complaint in the Superior Court for the District of Columbia.  The Summons and Complaint were received by Defendant on December 5, 2005.  Therefore, this Notice of Removal is being filed within thirty (30) days of the date the Complaint was received by defendant.

2. According to the Complaint, plaintiff is a citizen and resident of the State of Oklahoma.

3. Defendant is now, and was at the time this action was commenced, a corporation organized and existing under the laws of the State of Delaware with their principal office and principal place of business in the State of Maryland. As such, defendant is, and was at all relevant times, a citizen of the States of Delaware and Maryland.

4. In his Complaint, plaintiff seeks monetary damages for medical expenses, including surgery, physical therapy, loss of income, pain and suffering and prescription costs.

5. This court has original subject matter jurisdiction over this matter pursuant to Title 28 U.S.C. § 1332 and § 1441, et seq., because there is now and their was at the time this action was filed complete diversity of citizenship among the parties and the amount in controversy, upon information and belief, exceeds $75,000.00, exclusive of interest and costs.

6. Copies of the Summons and Complaint, served on defendant, together with Defendant's Answer are attached hereto.

7. A copy of this Notice of Removal will be promptly served on plaintiff and promptly filed with the Clerk of the Superior Court for the District of Columbia.

MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By:_____
Robert P. Lynch #416824
1629 K Street, N.W.
Suite 802
Washington, DC 20006
(202) 785-0123
Attorneys for Defendant
Marriott International, Inc.

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that a copy of the foregoing was mailed, first-class postage pre-paid, this 30th day of December, 2005, to:

Frederick A. Douglas, Esq.
Monica E. Monroe, Esq.
Douglas, Boykin & Oden, PLLC
1401 Eye Street, N.W.
Suite 310
Washington, D.C. 20005
Counsel for Plaintiff

and delivered by hand, this 30th day of December, 2005 to:

Clerk's Office
Civil Division
Superior Court of the District of Columbia
500 Indiana Avenue, NW
Washington, DC 20001

            _____
            Robert P. Lynch