CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Enoch Kelly Haney
*Plaintiff*

vs.

Marriott International, Inc.
*Defendant*

Civil Action No. 05-0008778

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Monica E. Monroe, Esq.
Name of Plaintiff's Attorney

1401 Eye Street, NW Suite 310
Address

Washington, DC 20005

(202) 842-1800
Telephone

By _____
Deputy Clerk

Date November 07, 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ENOCH K HANEY  
Vs.  
MARRIOTT INTERNATIONAL, INC

C.A No.   2005 CA 008778 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the judge designated below. All future filings in this case shall bear the name of the judge currently assigned to the case beneath the case number in the caption. Upon the filing of any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge JOHN M CAMPBELL  
Date:   November 7, 2005  
Initial Conference: 9:30 am, Friday, February 10, 2006  
Location: Courtroom 517  
     500 Indiana Avenue N.W.  
     WASHINGTON, DC 20001

Caio-60.doc

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| ENOCH KELLY HANEY<br>P.O. Box 72<br>Seminole, OK 74818-0072<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, Inc.<br>One Marriott Drive<br>Washington, DC 20058<br><br>c/o Registered Agent<br>Prentice-Hall Corporation System, Inc.<br>1090 Vermont Avenue, N.W.<br>Washington, DC 20005<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  05-0008778<br>)<br>)  Civil Action No.: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |



RECEIVED
Civil Clerk's Office
NOV 0 7 2005
Superior Court of the
District of Columbia
Washington, D.C.

Comes now Plaintiff, Enoch Kelly Haney ("Mr. Haney" or "Plaintiff"), by and through counsel, and for his complaint against Defendant, Marriott International ("Marriott" or "Defendant"), states as follows:

### PARTIES

1. Plaintiff, Mr. Haney, is a resident and domiciliary of Seminole, Oklahoma and a professional artist, who owns and operates Haney, Inc., an art business.

2. Defendant, Marriott, is a worldwide hospitality company headquartered in Washington, D.C. and regularly conducts business in the District of Columbia.

### NATURE OF ACTION

3. This is a personal injury action based on negligence against Marriott to recover damages for injuries sustained as a result of negligence by the Defendant at its place of business, Marriott Metro Center, located at 775 12th Street, N.W. Washington, DC.

## JURISDICTION

4. The Court has subject matter jurisdiction over this action pursuant to D.C. Code §11-921 (2001 ed.) of the District of Columbia Code.

5. The Court has personal jurisdiction over Defendant pursuant to D.C. Code §§13-422, 13-423 (2001 ed.).

## FACTS

6. In November 2002, Mr. Haney occupied a room as a guest at the Marriott Metro Center located in Washington, DC.

7. On November 12, 2002, while taking a shower, Mr. Haney slipped and fell in the bathroom of his hotel room.

8. Mr. Haney immediately summoned assistance from an employee of the Marriott.

9. The Marriott employee failed to respond to Mr. Haney's request for assistance.

10. The next day, Mr. Haney went to the emergency room of The George Washington University Hospital and sought treatment for his injuries.

11. Mr. Haney suffered serious injury to his left shoulder and arm.

12. After returning to Oklahoma from Washington, Mr. Haney underwent further medical treatment, including surgery, and physical therapy to treat the injury to his left shoulder.

13. As a result of the injuries sustained and required medical treatment, Mr. Haney was unable to perform his professional duties as an artist causing a loss of income. Furthermore, Mr. Haney continues to experience pain and suffering from his injuries as well as incurred medical expenses as a result of the injury.

## COUNT I - NEGLIGENCE

14. Plaintiff incorporates the allegations set forth in paragraphs 1-13 as if fully set forth herein.

Summons and Complaint.max

15. Mr. Haney was a business invitee.

16. As such, the Marriott had a duty to keep the premises safe for all of its invitees, including Mr. Haney, and to protect them from injury.

17. Specifically, the Marriott had a duty to provide Mr. Haney with safe use of the bath tub by wit providing a sufficiently large area of non-slip surface in the tub.

18. The Marriott breached its duty to Mr. Haney by failing to provide any abrasive strips n its bathtub as well as by failing to properly respond to his need for assistance as a result of his fall.

19. The failure to provide adequate abrasive strips in the bath tub and the delay in receiving assistance was the direct and proximate cause of Mr. Haney's injuries.

## COUNT II. – BREACH OF CONTRACT

20. Plaintiff incorporates the allegations set forth in paragraphs 1-19 as if fully set forth herein.

21. Mr. Haney was informed by the Director of Operations that he should seek medical assistance from The George Washington University Hospital and that the Marriott would pay for his treatment.

22. Mr. Haney did seek treatment at The George Washington University Hospital.

23. Despite the representation that the Marriott would pay for Mr. Haney's medical, they have failed to make any such payment to date.

## PRAYER FOR RELIEF

WHEREFORE, the premises considered, Plaintiff prays that this Court will:

a. Rule that judgment be entered in Plaintiff's favor for Count I;

Summons and Complaint.max

b.  Award Plaintiff monetary damages for medical expenses, physical therapy, loss of income, pain and suffering, prescription costs, and other similarly related consequential damages; and

c.  Grant such further relief as this Court deems just and proper.

DEMAND FOR TRIAL BY JURY.

Dated: November 7, 2005                                Respectfully Submitted,

*Monica E. Monroe*
Frederick A. Douglas, Bar No. 197897
Monica E. Monroe, Bar No. 473589
**DOUGLAS BOYKIN & ODEN** PLLC
1401 Eye Street, NW
Suite 310
Washington, DC  20005
Telephone:    202-842-1800
Facsimile:    202-842-1829

*Counsel for Enoch Haney*