IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ENOCH KELLY HANEY,           :

    Plaintiff,           :

v.                           :   Civil Action No.: 05-0008778

MARRIOTT INTERNATIONAL, INC.,:   Judge John M. Campbell

    Defendant.           :

### ANSWER OF DEFENDANT

Comes now Defendant, Marriott International, Inc., by counsel, as its response to Plaintiff's Complaint, states as follows:

### First Defense

The Complaint fails to state a cause of action upon which relief may be based.

### Second Defense

Defendant reserves on the issue of jurisdiction pending the development of relevant facts through discovery, investigation or at trial.

### Third Defense

As to the numbered items in Plaintiff's Complaint, Defendant states as follows:

1.     The allegations contained in Paragraph 1 are admitted, upon information and belief.

2.     The allegations contained in Paragraph 2 are denied, as phrased.

3.     The allegations contained in Paragraph 3 are denied.

4.     Paragraph 4 contains statements of legal opinion and conclusions which are neither admitted nor denied but proof thereof is demanded.

5.     Paragraph 5 contains statements of legal opinion and conclusions which are

neither admitted nor denied but proof thereof is demanded.

6. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 6 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

7. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 7 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

8. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 8 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

9. The allegations contained in Paragraph 9 are denied.

10. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 10 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

11. The allegations contained in Paragraph 11 are denied.

12. The allegations contained in Paragraph 12 are denied.

13. The allegations contained in Paragraph 13 are denied.

## Count I

14. Defendant incorporates by reference all of its admissions, denials and defenses heretofore set forth.

15. Paragraph 15 contains statements of legal opinion and conclusions which are neither admitted nor denied but proof thereof is demanded.

16. Paragraph 16 contains statements of legal opinion and conclusions which

neither admitted nor denied but proof thereof is demanded.

6. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 6 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

7. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 7 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

8. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 8 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

9. The allegations contained in Paragraph 9 are denied.

10. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 10 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

11. The allegations contained in Paragraph 11 are denied.

12. The allegations contained in Paragraph 12 are denied.

13. The allegations contained in Paragraph 13 are denied.

<u>Count I</u>

14. Defendant incorporates by reference all of its admissions, denials and defenses heretofore set forth.

15. Paragraph 15 contains statements of legal opinion and conclusions which are neither admitted nor denied but proof thereof is demanded.

16. Paragraph 16 contains statements of legal opinion and conclusions which

are neither admitted nor denied but proof thereof is demanded.

17. Paragraph 17 contains statements of legal opinion and conclusions which are neither admitted nor denied but proof thereof is demanded.

18. The allegations contained in Paragraph 18 are denied.

19. The allegations contained in Paragraph 19 are denied.

### Count II

20. Defendant incorporates by reference all of its admissions, denials and defenses heretofore set forth.

21. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 21 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

22. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 22 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

23. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 23 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

### Fourth Defense

Plaintiff's injuries or damages, if any, were caused by his own sole contributory negligence and/or he assumed the risks incident to his behavior.

### Fifth Defense

Plaintiff's injuries or damages, if any, were caused by person, persons or entities over whom this defendant had no control or right of control.

<u>Sixth Defense</u>

Plaintiff's claim is barred by the Statute of Limitations.

<u>Seventh Defense</u>

Any and all allegations not expressly admitted are heretofore denied.

WHEREFORE, Defendant Marriott International, Inc., prays that Plaintiff's Complaint be dismissed.

MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By: _____
Robert P. Lynch #416824
1629 K Street, N.W.
Suite 802
Washington, DC 20006
(202) 785-0123
(202) 393-3390 (fax)
Counsel for Defendant
Marriott International, Inc.

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-class postage pre-paid, this 20th day of December, 2005, to:

Frederick A. Douglas, Esq.
Monica E. Monroe, Esq.
Douglas, Boykin & Oden, PLLC
1401 Eye Street, N.W.
Suite 310
Washington, D.C. 20005
Counsel for Plaintiff

_____
Robert P. Lynch