CO-386-online

**FILED**

DEC 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

ENOCH KELLY HANEY        )
P.O. Box 72               )
Seminole, OK  74818-0072    )
                        )
           Plaintiff  )
     vs               )   Civil
                        )
MARRIOTT INTERNATIONAL, INC.  )
10400 Fernwood Road      )
Bethesda, MD  20817       )
                        )
          Defendant  )

CASE NUMBER   1:05CV02501

JUDGE: John D. Bates

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 12/30/2005

---

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Marriott International, Inc._ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _Marriott International, Inc._ which have

any outstanding securities in the hands of the public:

Marriott Vacation Club International, The Ritz-Carlton Hotel Company, L.L.C.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_

Signature

**416824**

BAR IDENTIFICATION NO.

Robert P. Lynch

Print Name

1629 K Street, N.W., Suite 802

Address

Washington, D.C.  20006

City          State          Zip Code

(202) 785-0123

Phone Number

2