IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENOCH KELLY HANEY, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:05-cv-02501-JDB |
| MARRIOTT INTERNATIONAL, INC. | : | Judge: John D. Bates<br>Deck Type: Personal Injury |
| Defendant. | : | |

**JOINT RULE 16.3 REPORT**

COME NOW the Plaintiff and Defendant, and having conferred pursuant to Local Rule 16.3(a) and Fed. R. Civ. P. 26(f), do hereby submit their Joint Rule 16.3 Report, and further state as follows:

1.  DISPOSAL BY DISPOSITIVE MOTION: Disposal by dispositive motion will depend on facts exposed in discovery.

2.  DATE TO AMEND PLEADINGS / JOIN OTHER PARTIES: Other parties shall be joined by May 21, 2006; pleadings shall be amended by May 21, 2006.

3.  MAGISTRATE JUDGE: The parties do not consent to assign this case to a magistrate judge at this time.

4.  SETTLEMENT: Settlement of the case will depend on matters exposed in discovery, however, the parties submit that there is a realistic possibility of settlement.

5.  ALTERNATIVE DISPUTE RESOLUTION: Alternative Dispute Resolution, specifically Mediation, is requested. The parties request that Mediation be scheduled within sixty (60) days of the close of discovery.

6.  SUMMARY JUDGMENT: The parties believe that, depending on matters exposed in discovery, the case may be resolved by a motion for summary judgment. The parties request summary judgment motions be filed within forty-five (45) days of the close of all

discovery.  Opposition briefs are to be filed within fourteen (14) days after receipt of the initial briefs and replies are to be filed within ten (10) days after receipt of opposition briefs.

      7.      INITIAL DISCLOSURES: The parties do NOT consent to dispense with the initial disclosure requirements of Fed.R.Civ.P. 26(a).

      8.      DISCOVERY: The parties request that discovery close on August 31, 2006.  The parties do not request any changes to limitations on discovery under either the Local Rules or the Federal Rules of Civil Procedure.

      9.      EXPERTS: Agreed deadlines for the exchange of expert witnesses pursuant to Fed.R.Civ.P. 26(a)(2) are as follows: for Plaintiff: June 30, 2006; for Defendants: July 30, 2006.

      10.      CLASS ACTIONS: Not applicable.

      11.      BIFURCATION: The parties do not believe this case is appropriate for bifurcation.

      12.      PRE-TRIAL CONFERENCE: The parties request that a Pre-Trial Conference be scheduled for forty-five (45) days after the Mediation.

      13.      TRIAL: Trial may be scheduled at the Court's convenience at the Pre-Trial Conference, however, the parties request trial be scheduled within thirty (30) to sixty (60) days of the Pre-Trial Conference.

      14.      OTHER MATTERS:   None.

Respectfully submitted,

MACLEAY, LYNCH, GREGG & LYNCH, P.C

By:_____/s/_____
           Robert P. Lynch #416824
           1629 K Street, N.W.
           Suite 802
           Washington, DC 20006
           (202) 785-0123
           (202) 393-3390 (fax)
           *Counsel for Defendant*
           *Marriott International, Inc.*

>                   _____/s/_____
>                   Monica E. Monroe, Esq. #
>                   Frederick A. Douglas, Esq.
>                   Douglas & Boykin, PLLC
>                   1401 Eye Street, N.W.
>                   Suite 310
>                   Washington, D.C. 20005
>                   (202) 842-1800
>                   (202) 842-1829 (fax)
>                   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically delivered, this 20th day of March, 2006 to:

> Frederick A. Douglas, Esq.
> Monica E. Monroe, Esq.
> Douglas, Boykin & Oden, PLLC
> 1401 Eye Street, N.W.
> Suite 310
> Washington, D.C. 20005
> *Counsel for Plaintiff*

>                   _____/s/_____
>                   Robert P. Lynch