UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENOCH KELLY HANEY,            )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br>MARRIOTT INT'L, INC.,         )<br>                              )<br>        Defendant.            )<br>                              ) | Civil Action No. 05-2501(JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court held on March 21, 2006, and the Joint Rule 16.3 Report previously submitted, it is hereby **ORDERED** as follows:

1. All discovery shall be completed by not later than August 31, 2006.

2. Any amendments to the pleadings, and any joinder of additional parties, shall be completed by not later than May 21, 2006.

3. The exchange of expert witness information and expert reports shall comply with Federal Rule of Civil Procedure 26(a)(2). Plaintiff shall disclose all expert witness information by not later than June 30, 2006, and defendant shall do so by not later than July 30, 2006. All expert depositions shall be completed by not later than August 31, 2006.

4. The parties shall appear for a status conference on August 31, 2006 at 9:00 a.m.

5.  Motions for summary judgment shall be filed within forty-five (45) days of the close of discovery, by not later than October 16, 2006. Any oppositions shall be filed within fourteen (14) days of the date on which the summary judgment motion is received, by not later than October 30, 2006, and any replies shall be filed within ten days of the date on which the opposition is received, by not later than November 9, 2006.

6.  Regarding all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED.**

/s/   John D. Bates
John D. Bates
United States District Judge

Dated:   March 21, 2006

*Copies to*:

Monica Elaine Monroe
DOUGLAS BOYKIN & ODEN PLLC
1401 Eye Street, NW
Suite 310
Washington, DC 20005
(202) 842-1800
Fax: (202) 842-1829
Email: mmonroe@douglasboykin.com
    *Counsel for plaintiff*

Robert P. Lynch
MACLEAY, LYNCH, GREGG & LYNCH, PC
1629 K Street, NW
Suite 1150
Washington, DC 20006
(202) 785-0123
Fax: (202) 393-3390
Email: boblynch@macleaylynch.com
    *Counsel for defendant*