IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENOCH KELLY HANEY | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:05-cv-02501-JDB |
| MARRIOTT INTERNATIONAL, INC. | : | Judge: John D. Bates |
| | | Deck Type:  Personal Injury |
| Defendant. | : | |

<u>NOTICE OF ORAL DEPOSITION</u>

Please take notice that on Tuesday, June 6, 2006 at 10:00 a.m., in the offices

of Macleay, Lynch, Gregg & Lynch, P.C., 1629 K Street, N.W., Suite 802, Washington,

D.C. 20006, Defendant, Marriott International, Inc. will take the deposition of Plaintiff,

Enoch Kelly Haney, on oral examination, pursuant to the Rules of this Court, before an

officer duly authorized by law to administer oaths.

MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By: _____/s/_____

Robert P. Lynch #416824
1629 K Street, NW
Suite 802
Washington, DC 20006
(202) 785-0123
(202) 393-3390 (fax)
Counsel for Defendant
Marriot International, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was mailed, first-class postage pre-paid, this 3rd day of May ,2006, to:


Frederick A. Douglas, Esq.
Monica E. Monroe, Esq.
Douglas & Boykin, PLLC
1401 Eye Street, N.W.
Suite 310
Washington, DC 20005
Counsel for Plaintiff


_____/s/_____
Robert P. Lynch

2