UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENOCH KELLY HANEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-02501-JDB<br>Judge: John D. Bates<br>Deck Type: Personal Injury |

### CONSENT MOTION TO EXTEND DISCOVERY PERIOD

COMES NOW Plaintiff, Enoch Kelly Haney, through undersigned counsel, requests an extension of the discovery period in this matter up to and including September 29, 2006. The parties have been pursuing discovery, but counsel's respective calendars require a brief extension of time, in order to secure dates satisfactory to both parties. Specifically, counsel for Plaintiff requires additional time for securing an expert witness and both parties require additional time for the scheduling of depositions, including depositions of expert witnesses. Plaintiff proposes, and Defendant consents, to a twenty-nine day enlargement of the discovery schedule from August 31, 2006 to September 29, 2006. Therefore, the parties propose an amendment to the Court's Scheduling Order as follows:

1. Exchange of expert witnesses and disclosure of expert testimony pursuant to Rule 26(a)(2)(A) & (B), Fed. R. Civ. P., by Plaintiff's retained experts are due by July 31, 2006;

2. Exchange of expert witnesses and disclosure of expert testimony pursuant to Rule 26(a)(2)(A) & (B), Fed. R. Civ. P., by Defendant's experts are due by August 31, 2006;

3. Discovery shall be completed by September 29, 2006;

4. Summary Judgment motions will be filed within forty-five (45) days of the close of all discovery. Opposition briefs are to be filed within fourteen (14) days after receipt of the initial briefs and replies are to be filed within ten (10) days after receipt of opposition briefs.

Furthermore, the Court currently has a status conference set the same day as the original close of discovery, August 31, 2006. Should this Consent Motion be granted, Plaintiff respectfully requests, and counsel for Defendant consents, that the status hearing be set for a day on or after the close of the proposed discovery date of September 29, 2006.

WHEREFORE, Defendant respectfully requests an extension of time to conclude discovery.

Dated: June 27, 2006                    Respectfully Submitted,

                                        _____
                                        Frederick A. Douglas, Bar No. 197897
                                        Monica E. Monroe, Bar No. 473589
                                        **DOUGLAS & BOYKIN PLLC**
                                        1401 Eye Street, NW
                                        Suite 310
                                        Washington, DC 20005
                                        Telephone:    202-842-1800
                                        Facsimile:    202-842-1829

                                        *Counsel for Enoch Haney*

2