UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENOCH KELLY HANEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-02501-JDB<br>Judge: John D. Bates<br>Deck Type: Personal Injury |

## ORDER

Having considered the Consent Motion to Extend Discovery, and the record herein, it is this ____ day of June, 2006, hereby

ORDERED that the Consent Motion to Extend Discovery is GRANTED; and it is further

ORDERED that the Scheduling Order shall be amended as follows:

1. Exchange of expert witnesses and disclosure of expert testimony pursuant to Rule 26(a)(2)(A) & (B), Fed. R. Civ. P., by Plaintiff's retained experts are due by July 31, 2006;

2. Exchange of expert witnesses and disclosure of expert testimony pursuant to Rule 26(a)(2)(A) & (B), Fed. R. Civ. P., by Defendant's experts are due by August 31, 2006;

3. Discovery shall be completed by September 29, 2006;

4. Summary Judgment motions will be filed within forty-five (45) days of the close of all discovery. Opposition briefs are to be filed within fourteen

(14) days after receipt of the initial briefs and replies are to be filed within ten (10) days after receipt of opposition briefs; and it is further

ORDERED that the status hearing, currently set for August 31, 2006, will be set for _____, 2006.

SO ORDERED.

_____
The Honorable John D. Bates
United States District Court for the District of Columbia