UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENOCH KELLY HANEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-02501-JDB<br>Judge: John D. Bates<br>Deck Type: Personal Injury |

**PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO FILE**
**RULE 26(a)(2)(B) DISCLOSURE**

COMES NOW Plaintiff, Enoch Kelly Haney, through undersigned counsel, requests a brief extension to file its expert report in this matter from Monday, July 31, 2006 up to and including Friday August 11, 2006. The parties have been pursuing discovery, but counsel for Plaintiff has located and is in the process of obtaining additional materials necessary for review by Plaintiff's expert prior to the submission of Plaintiff's report. Plaintiff proposes, and Defendant consents, to an eleven day enlargement of time to file Plaintiff's Rule 26(a)(2)(b) disclosure. Moreover, neither party would be prejudiced nor would the delay affect the Court's current scheduling in this matter

WHEREFORE, Defendant respectfully requests an extension of time to file its Rule 26(a)(2)(b) disclosure.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: July 31, 2006                    Respectfully Submitted,

*Monica E. Monroe*
Frederick A. Douglas, Bar No. 197897
Monica E. Monroe, Bar No. 473589
**DOUGLAS & BOYKIN** PLLC
1401 Eye Street, NW
Suite 310
Washington, DC  20005
Telephone:    202-842-1800
Facsimile:    202-842-1829

*Counsel for Enoch Haney*