UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENOCH KELLY HANEY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02501-JDB |
| ) | Judge: John D. Bates |
| **MARRIOTT INTERNATIONAL, INC.** ) | Deck Type: Personal Injury |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Having considered Plaintiff's Consent Motion to Extend Time to File Rule 26(a)(2)(B) Disclosure and the record herein, it is this ____ day of August, 2006, hereby

ORDERED that Plaintiff's Consent Motion to Extend Time to File Rule 26(a)(2)(B) Disclosure GRANTED; and it is further

ORDERED that exchange of expert witnesses and disclosure of expert testimony pursuant to Rule 26(a)(2)(A) & (B), Fed. R. Civ. P., by Plaintiff's retained experts is due by Friday, August 11, 2006;

SO ORDERED.

_____
The Honorable John D. Bates
United States District Court for the District of Columbia