UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENOCH KELLY HANEY**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**MARRIOTT INTERNATIONAL, INC.**  )<br>)<br>**Defendant.**  )<br>) | Case No. 1:05-cv-02501-JDB<br>Judge: John D. Bates<br>Deck Type: Personal Injury |

### CONSENT MOTION TO EXTEND DISCOVERY PERIOD

COMES NOW Plaintiff, Enoch Kelly Haney, through undersigned counsel, requests an extension of the discovery period in this matter up to and including December 15, 2006. The parties have been pursuing discovery, however an extension of time, is necessary, in part, to reschedule the deposition of Plaintiff as he was unable to travel to his originally scheduled deposition due to unforeseen medical problems. Specifically, counsel has been informed that Plaintiff has suffered a torn meniscus which is complicated by arthritis. Currently, it is anticipated that Plaintiff will be available to travel in one to two months time. Counsel further represents that the purpose of this motion is not for undue delay.

Accordingly, the parties propose an enlargement of the discovery schedule from September 29, 2006 to December 15, 2006. Therefore, the parties hereby state and propose an amendment to the Court's Scheduling Order as follows:

1. The parties have exchanged expert witnesses and have disclosed the nature of the expert testimony pursuant to Rule 26(a)(2)(A) & (B), Fed. R. Civ.

2. All Discovery shall be completed by December 15, 2006;

3. Summary Judgment motions will be filed within forty-five (45) days of the close of all discovery. Opposition briefs are to be filed within fourteen (14) days after receipt of the initial briefs and replies are to be filed within ten (10) days after receipt of opposition briefs.

Furthermore, the Court currently has a status conference set for, September 21, 2006. Plaintiff respectfully requests, and counsel for Defendant consents, that if the Court is so inclined the status hearing may be set for a day on or after the close of the proposed discovery date of December 15, 2006.

WHEREFORE, Defendant respectfully requests a brief extension of time to conclude discovery.

Dated: September 20, 2006

Respectfully Submitted,

*Monica E. Monroe*

Frederick A. Douglas, Bar No. 197897
Monica E. Monroe, Bar No. 473589

**DOUGLAS & BOYKIN PLLC**
1401 Eye Street, NW
Suite 310
Washington, DC 20005
Telephone:   202-842-1800
Facsimile:   202-842-1829

*Counsel for Enoch Haney*