UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENOCH KELLY HANEY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02501-JDB |
| ) | Judge: John D. Bates |
| **MARRIOTT INTERNATIONAL, INC.** ) | Deck Type: Personal Injury |
| ) | |
| **Defendant.** ) | |

**ORDER**

Having considered the Consent Motion to Extend Discovery, and the record herein, it is this _____ day of September, 2006, hereby

ORDERED that the Consent Motion to Extend Discovery is GRANTED; and it is further

ORDERED that the Scheduling Order shall be amended as follows:

1. Discovery shall be completed by or before December 15, 2006;

2. Summary Judgment motions will be filed within forty-five (45) days of the close of all discovery. Opposition briefs are to be filed within fourteen (14) days after receipt of the initial briefs and replies are to be filed within ten (10) days after receipt of opposition briefs; and it is further

ORDERED that the status hearing, currently set for September 21, 2006, is rescheduled for _____, 2006.

SO ORDERED.

_____
The Honorable John D. Bates
United States District Court for the District of Columbia