**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ENOCH KELLY HANEY                              :

     Plaintiff,                                         :

v.                                                            :          Case No. 1:05-cv-02501-JDB

MARRIOTT INTERNATIONAL, INC.        :          Judge: John D. Bates
                                                                   Deck Type:  Personal Injury
     Defendant.                                     :

<u>**DEFENDANT'S AMENDED DISCLOSURES UNDER RULE 26(A)(2)**</u>

     Defendant, by counsel, submits this Statement pursuant to the Rules of this Court, and

reserves the right to call the following expert witnesses at trial:

     1.     David C. Johnson, M.D.
               Drs. Collins, Johnson, Tozzi & Starr, P.C.
               106 Irving Street, N.W., #215
               Washington, D.C.  20010

     Dr. Johnson is a board-certified orthopedic surgeon.  He will testify regarding his

education, training, and experience consistent with his current curriculum vitae, a copy of which

will be furnished upon request.  He will also testify regarding his examination of the Plaintiff and

review of the Plaintiff's medical records and/or diagnostic studies.  It is anticipated that he will

testify as to whether the Plaintiff's medical treatment and wage loss claim are causally related to

the occurrence as described in Plaintiff's Complaint, and whether the Plaintiff sustained any

permanent injury.  Based upon facts obtained during the course of discovery, Dr. Johnson may

also render an opinion regarding the reasonableness and necessity of Plaintiff's medical

expenses and/or treatment; and the standard of care Plaintiff may have received from his

treating physicians.  It is anticipated that his testimony will be consistent with his report

regarding his examination of the Plaintiff, a copy of which shall be provided upon receipt of

same.   Defendant also incorporates by reference any opinions expressed in Dr. Johnson's

deposition testimony.

    2.     Julius Pereira, III, A.I.A., P.P.
            Robson Forensic, Inc.
            354 North Prince Street
            Lancaster, PA  17603

Mr. Pereira is a forensic architect.  He will testify regarding his education, training, and experience consistent with his current curriculum vitae, a copy of which will be furnished upon request.  He will also testify regarding various issues related to the safety of the Defendant's bathtub.  In addition, he will testify regarding the compliance of the Defendant's bathtub with applicable building and/or safety codes.  It is anticipated that his testimony will be consistent with his report regarding his examination of the Defendant's bathtub, a copy of which shall be provided upon receipt of same.   Defendant also incorporates by reference any opinions expressed in Mr. Pereira's deposition testimony.

    3.     Fawzi P. Bayan, P.E., C.S.P.
            SEA, Ltd.
            1110 Benfield Blvd.,
            Suites A-D
            Millersville, MD  21108

Mr. Bayan is a Principal Engineer specializing in accident reconstruction, simulation and modeling, failure analysis, design and safety of transportation, fluid and mechanical systems.  He will testify regarding his education, training, and experience consistent with his current curriculum vitae, a copy of which will be furnished upon request.  He will also testify regarding various issues related to the safety of the Defendant's bathtub.  In addition, he will testify regarding the compliance of the Defendant's bathtub with applicable building and/or safety codes.  It is anticipated that his testimony will be consistent with his report regarding his examination of the Defendant's bathtub, a copy of which shall be provided upon receipt of same.   Defendant also incorporates by reference any opinions expressed in Mr. Pereira's deposition testimony.

    4.     Defendant also reserves the right to rely on the expert witnesses identified by the Plaintiff.

MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By: _____/s/_____
      Robert P. Lynch #416824
      1629 K Street, N.W.
      Suite 802
      Washington, DC 20006
      (202) 785-0123
      (202) 393-3390 (fax)
      *Counsel for Defendant*
      *Marriott International, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was delivered by electronic mail, this 3rd day of January, 2007, to:

Frederick A. Douglas, Esq.
Monica E. Monroe, Esq.
Douglas, Boykin & Oden, PLLC
1401 Eye Street, N.W.
Suite 310
Washington, D.C. 20005
*Counsel for Plaintiff*

_____/s/_____
Robert P. Lynch