**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
**ENOCH KELLY HANEY,**                    )
                                                          )
              **Plaintiff,**                      )
                                                          )          **Civil Action No. 05-2501(JDB)**
       **v.**                                         )
                                                          )
**MARRIOTT INT'L, INC.,**                  )
                                                          )
              **Defendant.**                   )
_____)

## ORDER

Pursuant to the status conference held on this date and upon consideration of the entire record herein, it is hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Facciola for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days; and it is further

**ORDERED** that the independent medical examination of plaintiff shall be completed within forty-five (45) days of this Order.

**SO ORDERED.**


                                                  /s/      John D. Bates
                                                          John D. Bates
                                             United States District Judge



Dated:      February 20, 2007