IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENOCH KELLY HANEY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02501 JDB-JMF |
| ) | Judge: John Facciolla |
| **MARRIOTT INTERNATIONAL, INC.** ) | Deck Type: Personal Injury |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE OF APPEARANCE

Will the Clerk of the Court please note the appearance of Robert L. Dillard as counsel for Plaintiff, Enoch Kelly Haney, in the above-captioned matter.

Respectfully submitted,

DOUGLAS & BOYKIN PLLC

_____/s/ Robert L. Dillard_____
Robert L. Dillard, Bar # 492948
Douglas & Boykin PLLC
1850 M Street, NW
Suite 640
Washington, D. C. 20036
202-776-0370 (V)
202-776-0975 (F)
E-Mail: rdillard@douglasboykin.com

Dated: March 23, 2007

*Counsel for the Enoch Kelly Haney*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 23rd day of March, 2007, a copy of the forgoing Notice of Appearance was sent, via electronic service, to:

Robert P. Lynch
Macleay, Lynch, Gregg & Lynch, PC
1629 K Street, NW
Suite 820
Washington, DC 20006
boblynch@macleaylynch.com

              /s/ Robert L. Dillard

              _____
              Robert L. Dillard