IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENOCH KELLY HANEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02501-JDB-JMF |
| ) | Judge: John D. Bates |
| ) | Deck Type: Personal Injury |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Will the Clerk of the Court please note the change of address Frederick A. Douglas and Robert L. Dillard, counsel for Plaintiff, Enoch Kelly Haney, in the above-captioned matter to 1850 M Street, N.W., Suite 640, Washington, DC 20036.  The contact numbers of counsel remain (202) 842-1800 for telephone and (202) 842-1829 for facsimile.

Dated: March 23, 2007            Respectfully Submitted,

/s/ Robert L. Dillard
_____
Frederick A. Douglas, Bar No. 197897
Robert L. Dillard, Bar No. 492948
DOUGLAS & BOYKIN PLLC
1859 M Street, NW
Suite 640
Washington, DC  20036
Telephone:     202-842-1800
Facsimile:     202-842-1829

*Counsel for Plaintiff, Enoch Kelly Haney*

**CERTIFICATE OF SERVICE**

This is to certify that on this 23rd day of March, 2007, a true copy of the foregoing Notice of Change of Address was served, via electronic service, upon:

Robert P. Lynch, Esquire
1629 K Street, N.W.
Suite 802
Washington, DC 20006

/s/ Robert L. Dillard
_____
       Robert L. Dillard

2