# DEFENDANT'S EXHIBIT 1

Capital Reporting Company

Page 1

1       IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLUMBIA

3  ------------------------------x

4  ENOCH KELLY HANEY,            :

5           Plaintiff,           :

6  v.                            : 1:05 CV 02501JDB

7  MARRIOTT INTERNATIONAL, INC., :

8           Defendant.           :

9  ------------------------------x

10

11                              Washington, D.C.

12                      Thursday, December 7, 2006

13  Deposition of:

14             ENOCH HANEY

15      called for examination by counsel for

16  Defendant, pursuant to notice, at the Law Offices of

17  MaCleay, Lynch, Gregg & Lynch, P.C., 1629 K Street,

18  Northwest, Suite 802, Washington, D.C., before Gervel A.

19  Watts of Capital Reporting, a Notary Public in and for

20  the District of Columbia, beginning at 10:04 a.m., when

21  were present on behalf of the respective parties:

22

ORIGINAL

Capital Reporting Company

Page 2

APPEARANCES

On behalf of Plaintiff:
    MONICA MONROE, ESQUIRE
    Douglas, Boykin & Oden, PLLC
    1401 I Street, Northwest, Suite 310
    Washington, D.C. 20011
    (202) 842-1800

On behalf of Defendant:
    ROBERT LYNCH, ESQUIRE
    MaCleay, Lynch, Gregg & Lynch, P.C.
    1629 K Street, Northwest, Suite 802
    Washington, D.C. 20006
    (202) 785-0123

\* \* \* \* \*

Page 3

CONTENTS
EXAMINATION BY:                    PAGE
Counsel for Defendant                4

\* \* \* \* \*

Page 4

PROCEEDINGS
WHEREUPON,
ENOCH HANEY
called as a witness, and having been first duly sworn, was examined and testified as follows:
EXAMINATION BY COUNSEL FOR DEFENDANT
BY MR. LYNCH:
    Q    Good morning Mr. Haney. My name is Bob Lynch and I represent the Defendant, Marriott.
    A    Yes, sir.
    Q    Have you had your deposition taken before?
    A    For this one.
    Q    In a similar situation?
    A    No.
    Q    Okay. Well, I'll be asking you a series of questions. If you don't understand any of my questions, just have me repeat the question and I'll be happy to do so. Okay?
    A    Okay.
    Q    Make sure you say yes or no so the court reporter can take everything down and let me know if you need a break or water or anything like that, okay?

Page 5

    A    Yes.
    Q    Tell me your full name and current address.
    A    Enoch Kelly Haney. Address is Route 4, Box 160-C, Seminole, Oklahoma 74868.
    Q    What is your date of birth?
    A    November 12, 1940.
    Q    Your current marital status.
    A    I'm divorced.
    Q    I think I remember reading somewhere that you have six children.
    A    I do.
    Q    Are any of the children in the Washington area?
    A    No.
    Q    Oklahoma?
    A    All of them Oklahoma.
    Q    Tell me your employment history for say the past ten years.
    A    I've been with the Oklahoma legislature for 22 years since 1980 and then I've owned my own business since 1976. On September 3rd I was sworn in as Chief of the Seminole Nation of Oklahoma last year.

2 (Pages 2 to 5)

Capital Reporting Company

Page 6

1  Q  Congratulations. You said you've owned your
2  own business since 1976?
3  A  Yes.
4  Q  Describe that business for me.
5  A  It's an art gallery.
6  Q  Are you the only officer of the corporation?
7  A  Yes.
8  Q  Any employees?
9  A  No.
10 Q  I read this morning that the Seminoles in
11 Florida had purchased the Hard Rock Cafe.
12 A  Yes, they did.
13 Q  Were you involved with that purchase?
14 A  No. The Seminoles in Florida and the
15 Seminoles of Oklahoma are two separate tribes.
16 Q  Completely separate. Okay. Now, in this
17 incident, you hurt your left shoulder?
18 A  Yes.
19 Q  Had you ever hurt your left shoulder before
20 this incident?
21 A  No.
22 Q  And the date of the incident is November 12,

Page 7

1  2002?
2  A  Yes.
3  Q  Are you right-handed or left handed?
4  A  Left-handed.
5  Q  Before this lawsuit, have you ever filed any
6  other claims or lawsuits against anyone?
7  A  No, sir.
8  Q  What sort of things do you do presently for
9  exercise or hobbies?
10    A  Well, I have a recumbent bike that I
11 ride.
12 Q  Any golf?
13    A  Well, I haven't in a while.
14 Q  Do you remember the last time that you
15 played golf?
16 A  Six months ago.
17 Q  Is there a spot that you normally play down
18 in Oklahoma?
19 A  There are a couple of courses that I play.
20 I mostly play at the Seminole Golf Course.
21 Q  Did the amount of golf that you play
22 decrease after this incident?

Page 8

1  A  Significantly, yes.
2  Q  Fifty percent?
3  A  More than that.
4  Q  And that was due to the pain in your left
5  shoulder?
6  A  Yes, sir.
7  Q  Any other incidents where you hurt your left
8  shoulder?
9  A  No, sir.
10 Q  How is your left shoulder doing presently?
11 A  It doesn't have the pain that it once did,
12 but I still have some pain in it from time-to-time,
13 particularly when I have to lay on it when I'm sleeping.
14 Q  Have you ever been diagnosed as having
15 arthritis in the left shoulder?
16 A  I don't recall.
17 Q  Do you know if you have any arthritis at
18 this point?
19 A  I think it might be, but I wouldn't know. I
20 guess Dr. German, who is my physician would have that
21 information.
22 Q  Is Dr. German an orthopedic doctor?

Page 9

1  A  Yes.
2  Q  Now, the incident occurred on November 12th.
3  When had you arrived to town?
4  A  My memory is a little off, but I was
5  probably a couple of days earlier.
6  Q  Do you remember the day of the week that the
7  incident happened on?
8  A  No, sir.
9  Q  So you think you probably got to town around
10 November 10th?
11 A  During that time period, yes.
12 Q  Did you stay at any other hotel besides the
13 Marriott?
14 A  No, sir.
15 Q  So you believe you checked in a couple of
16 days before at the Marriott where the incident occurred?
17 A  Yes.
18 Q  Do you remember what floor you were on?
19 A  No, sir.
20 Q  What day did you return to Oklahoma?
21 A  It may have been the 13th.
22 Q  This is not a test. I'm just trying to get

3 (Pages 6 to 9)

Page 10

1  the general idea --
2     A    Well, it has been quite a while.
3     Q    Why were you in town?
4     A    I think I was here to see some of the
5  congressional delegates. If my memory serves me right,
6  I think I was here to see Senator Enhoff.
7     Q    Do you come to town once a year?
8     A    At that time I came quite often.
9     Q    Quite often?
10    A    Well, it was probably like three or four
11 times a year at that point.
12    Q    And that was on behalf of --
13    A    The State of Oklahoma.
14    Q    You stayed at the Marriott at the Metro
15 Center?
16    A    Yes, sir.
17    Q    Had you stayed at this Marriott on past
18 visits?
19    A    I don't recall. I've stayed at several;
20 mostly at the Hyatt Regency.
21    Q    If you don't remember, I don't want you to
22 guess. Just tell me that you don't recall.

Page 11

1     A    Okay.
2     Q    Do you remember on this trip in November of
3  2002 if you stayed the amount of time that you had
4  planned to stay?
5     A    Yes.
6     Q    Did you use the shower on previous occasions
7  in your room previous to your fall?
8     A    I probably did. I normally take showers.
9     Q    Did you have any trouble on the previous
10 occasions?
11    A    No, sir.
12    Q    Was anybody staying with you in the room?
13    A    No, sir.
14    Q    Was there anyone that you knew on your floor
15 or staying nearby?
16    A    Yes. There was Tom Smith. I don't recall
17 if he was on the same floor or not.
18    Q    Who is Thomas Smith?
19    A    He's president of an organization in
20 Oklahoma called Enterprise of Oklahoma -- Enterprise
21 Institute of Oklahoma. He's president/CEO.
22    Q    And had you traveled with Mr. Smith to

Page 12

1  Washington?
2     A    Yes.
3          (Brief interruption.) BY MR. LYNCH:
4     Q    Is Mr. Smith a friend of yours?
5     A    A colleague.
6     Q    A colleague. A business acquaintance?
7     A    Well, it was at the time.
8     Q    Briefly tell me your educational background
9  starting from high school.
10    A    High School, Prairie Valley High School. I
11 went to junior college in Stilwell, Oklahoma and earned
12 an Associate of Arts. I graduated from Oklahoma State
13 University in Oklahoma City in 1965. I got a degree in
14 art and a minor in literature. I think that it was 1969
15 that I attended a National Institute training in
16 Philadelphia. I went back to the University of Oklahoma
17 and went for a Master's in education, but I didn't
18 complete that.
19    Q    So you're an artist?
20    A    Yes.
21    Q    With your business that you opened in 1976?
22    A    Yes.

Page 13

1     Q    Did the injury to your shoulder affect your
2  work as an artist in any way?
3     A    That particular year it did. I had been a
4  painter up to that point and I had started sculpting and
5  that was the problem, you know, I wasn't able to work on
6  the sculptures.
7     Q    That particular year, this happened in
8  November of 2002. So the end of 2002 and the following
9  year 2003?
10    A    Right.
11    Q    Do you recall the time of day your incident
12 happened?
13    A    It was in the afternoon. It was around
14 three or four or something.
15    Q    Do you remember what you had done earlier in
16 the day?
17    A    I had gone to some meetings.
18    Q    Do you remember if they were at the
19 Marriott?
20    A    No, I really don't. I just remember the
21 main reason I was here was to visit the congressional
22 delegation.

Page 14

1  Q  Do you remember if you had a luncheon that
2  day?
3  A  I don't recall.
4  Q  Do you remember if you had any alcohol that
5  day?
6  A  I don't recall.
7  Q  You think you had your fall in the afternoon
8  on the 12th?
9  A  Right.
10 Q  Do you recall how you stepped into the
11 shower? Did you step in the shower one foot at a time?
12 A  Well, yes.
13 Q  I'm sorry. Nobody could go in with both
14 feet.
15 A  Right.
16 Q  Was there a tub as well?
17 A  There was.
18 Q  And you stepped over the tub?
19 A  Yes.
20 Q  And was there a handrail in that shower?
21 A  There was.
22 Q  Did you notice a bathmat in the bathroom?

Page 15

1  A  There wasn't a bathmat in the bathroom.
2  Q  So you stepped in one foot at a time. What
3  happens from that point?
4  A  I guess everything happened so quickly.
5  What I remember is my feet going out from under me and
6  my head was going toward the rail and I grabbed it to
7  pull myself away from it, which I did. I pulled myself
8  and hit here on the wall, but when I did, I don't recall
9  which way my hand went. I just know that whichever way
10 it went it, I could feel the pain.
11 Q  So you were in the shower with both feet and
12 then both feet slip up.
13 A  Right. And I don't know if both feet
14 slipped up. I just know I slipped.
15 Q  Did you fall all the way to the floor of the
16 tub?
17 A  Well, eventually I did, you know, after I
18 hit my head on the wall and did all that.
19 Q  So after you grabbed the railing then you
20 fell all the way to the floor of the tub?
21 A  Yes.
22 Q  So this was right at the start of your

Page 16

1  shower.
2  A  Yes.
3  Q  You hadn't used any soap, shampoo or
4  anything?
5  A  No.
6  Q  Did you see any non-skid strips on the floor
7  of the tub?
8  A  I don't recall.
9  Q  Anything else unusual about the floor of the
10 tub that you noticed?
11 A  No.
12 Q  You didn't step on any soap or anything like
13 that?
14 A  No.
15 Q  And the water was running at this point.
16 A  Yes.
17 Q  You had started the water before you got
18 into the shower?
19 A  Yes, sir.
20 Q  Did the grab bar stop you from falling?
21 A  No, it didn't. I was really just trying to
22 avoid hitting my head on it. That was really what my

Page 17

1  goal was because it the rail was metal and I could've
2  done a lot more damage, so I just grabbed it and pull
3  myself away. There was no way to stop the fall, so I
4  just pulled myself away.
5  Q  You were trying to avoid hitting your head
6  on the grab bar.
7  A  Right.
8  Q  Whereabouts did you hit your head?
9  A  Right here (indicating).
10 Q  Your left forehead?
11 A  Yes.
12 Q  Did you break the skin?
13 A  No, I didn't.
14 Q  Did you notice a contusion there?
15 A  No, sir.
16 Q  So it wasn't a real severe hit on your head?
17 A  I could feel it on my head, but it didn't
18 result in any kind of injury that I could think of or
19 remember.
20 Q  And you jerked your left shoulder after you
21 had grabbed the grab bar; is that correct?
22 A  I think it was as I was falling. I can't

5 (Pages 14 to 17)

Page 18

1  remember exactly, but I grabbed it just enough to pull
2  myself away from the bar and that's when whatever
3  happened.
4    Q   So did grabbing the grab bar with your left
5  hand, did that slow your fall?
6    A   No, sir.
7    Q   You grabbed and just continued to fall to
8  the base of the tub.
9    A   Right.
10   Q   As you entered the tub were you holding
11 anything in your hand?
12   A   No, sir.
13   Q   The last time you had taken a shower before
14 this time, do you remember using soap and shampoo?
15   A   I'm sure I did, I normally do.
16   Q   Do you recall if it was the same soap and
17 shampoo there or had it been replaced, if you remember?
18   A   I don't recall.
19   Q   At the time of your fall you had not used
20 any separate shampoo at all.
21   A   No, sir.
22   Q   So it was just the water in the tub.

Page 19

1    A   Yes, sir.
2    Q   When you slipped, were you falling
3  backwards?
4    A   I must've been falling sideways.  I mean, to
5  the best of my knowledge because that's where my head
6  was moving.  I can't even say I recall, but it kind of
7  makes sense.
8    Q   Can you describe to me where the bar is in
9  the tub?
10   A   Well, you step in the tub and the bar is on
11 the opposite side.
12   Q   Is it a vertical bar or a horizontal bar?
13   A   It is diagonal as I recall.
14   Q   And you said you didn't notice any strips on
15 the floor of the tub.
16   A   I didn't.
17   Q   At all.
18   A   No.
19   Q   And you did not see any sort of bathmat in
20 the bathroom.
21   A   No.
22   Q   So at some point after you grabbed it with

Page 20

1  your left hand and you fell to the floor of the tub, did
2  you then let go of the bar?
3    A   Yes, sir.
4    Q   Do you remember in the morning before your
5  meetings on the 12th if you took a shower that morning?
6    A   Yes, sir.
7    Q   You didn't notice anything unusual?
8    A   No, sir.
9    Q   So now you're sitting on the floor of the
10 tub, what happens from there?
11   A   I was thinking I didn't hit the rail, for
12 one, and that I did notice that there was pain in my
13 shoulder.
14   Q   Can you describe to me that pain, what did
15 you feel?
16   A   I just remember it being a little painful
17 here and I got out and dried off and called my friend to
18 go check downstairs to see what I needed to do.
19   Q   Was that Mr. Smith?
20   A   Yes, sir.
21   Q   Did he come to the room?
22   A   He did.  He came to the room first.

Page 21

1    Q   Right when you called him?
2    A   Right, pretty close.
3    Q   Do you remember if you told him at that
4  point that you were hurt?
5    A   Yes.  I told him that I was hurting and
6  asked if he could check downstairs to see if there was
7  anything I need to know or need to do.
8    Q   Did you tell him that you had hurt your left
9  shoulder?
10   A   I don't recall, but I'm sure I did.
11   Q   Do you remember if you told him you hurt
12 your head?
13   A   I don't recall.
14   Q   After you fell, you were able to get up on
15 your own and dry off and then go and call him, correct?
16   A   Yes.
17   Q   At that point what did Mr. Smith do?
18   A   He went downstairs and checked with some
19 young lady he said.
20   Q   At the front desk?
21   A   Yes.
22   Q   Do you know this lady's name by chance?

6 (Pages 18 to 21)

Page 22

1    A    I don't.
2    Q    Did you ever see her?
3    A    I think I saw her the next day, but I
4  couldn't tell you what she looked like or what her name
5  was.
6    Q    So this is in mid-afternoon?
7    A    Late afternoon.
8    Q    Do you know what she told Mr. Smith?
9    A    Well, he told me that she said to him that
10 to wait until tomorrow morning to see how he feels or
11 something like that. So I waited until the morning.
12   Q    Did you indicate to Mr. Smith or anyone that
13 day that you wanted emergency assistance at that time?
14   A    No, sir.
15   Q    Do you know what Mr. Smith's request was to
16 the young lady?
17   A    No, sir, I don't.
18   Q    Did Mr. Smith come back to your room?
19   A    I don't recall if he came back or called me
20 back. I don't recall that.
21   Q    When you next talked to him he indicated to
22 you that the young lady at the desk said to see how you

Page 23

1  were doing the next day?
2    A    Right.
3    Q    How did you feel about that?
4    A    I thought it was kind of unusual. I mean, I
5  really was hurting pretty bad, but I waited until the
6  next day and my arm was really swollen up and I knew
7  that it was probably serious.
8    Q    Your left arm had swollen up the next day?
9    A    Yes.
10   Q    Did anybody else from Marriott come to your
11 room that day?
12   A    No, sir. If they did, I wasn't there.
13   Q    When was the first time that somebody from
14 Marriott came to check on you?
15   A    The next day we went downstairs. I spoke to
16 Mr. Fletcher.
17   Q    Mr. Fletcher?
18   A    I think so. He was apologetic about what
19 happened the night before and asked if I wanted to go to
20 the hospital and said they would take care of the cost.
21   Q    So this was on the 13th?
22   A    Yes.

Page 24

1    Q    The next morning?
2    A    Yes.
3    Q    I assume that what you're telling me is that
4  your condition had worsened by the next morning.
5    A    Considerably.
6    Q    You noticed swelling.
7    A    Yes.
8    Q    The night of the incident, did you take any
9  pain killers?
10   A    No, sir.
11   Q    Do you know when you first took any pain
12 killers?
13   A    I don't.
14   Q    Did you go to the hospital on the 13th?
15   A    Yes, sir.
16   Q    Which hospital is that?
17   A    George Washington.
18   Q    How did you get to the hospital?
19   A    In a taxi.
20   Q    Did Mr. Smith accompany you?
21   A    No, sir. Actually, I don't recall if he did
22 or not.

Page 25

1    Q    Your best recollection is --
2    A    My best recollection is that I went by
3  myself. He was here on other business.
4    Q    When you arrived at GW, what did they do for
5  you?
6    A    I think I checked in and my only memory of
7  what they did was they asked me to extend my arm out and
8  so forth and just do some hand maneuvers. Really, that
9  was it. I don't recall any X-rays or anything.
10   Q    Do you recall in the subsequent weeks from
11 your incident was there a particular maneuver that hurt
12 your shoulder more than others?
13   A    Actually, everything hurt. I just couldn't
14 move it at all.
15   Q    Do you remember noticing feeling pain when
16 you had to lift something?
17   A    I didn't try to lift anything at that time.
18   Q    You used your right arm?
19   A    Yes.
20   Q    Did you fly back home on the 13th?
21   A    I don't recall. I'm almost thinking that I
22 did but I can't recall.

7 (Pages 22 to 25)

Page 26

1  Q  After the hospital visit?
2  A  Right.
3  Q  How long were you at the hospital?
4  A  I don't recall.
5  Q  Did they give you Tylenol or anything there?
6  A  I don't recall that they did. I think she told me to take Midol or something, but it may have been later, but I don't recall.
9  Q  Did they diagnose you with a left shoulder strain?
11 A  Yes.
12 Q  While you at the Marriott before you went back to Oklahoma, you had a conversation with Mr. Fletcher. Anybody else there that you remember?
15 A  He's the only person I remember talking to.
16 Q  Did you have another discussion with Mr. Fletcher after you came back from the hospital?
18 A  I don't recall that I did.
19 Q  Or anybody else at Marriott?
20 A  I don't recall.
21 Q  Do you recall the next time you had any contact with anybody from Marriott about the incident?

Page 27

1  A  I don't recall the day, but I recall receiving a letter asking me to sign off on some release and I decided that I better wait. I don't recall the dates on that.
5  Q  When you were in Oklahoma, when did you first go to see Dr. German?
7  A  It seemed like about the first of January or thereabouts.
9  Q  So you waited a while.
10 A  I did.
11 Q  Were you waiting to see if the condition would improve?
13 A  Well, I hoped it would. They said it was a strain, so I thought well, it would get better and once I was convinced it wasn't getting better, I went to see Dr. German.
17 Q  So that month of December in 2002 the condition did not improve.
19 A  No, sir.
20 Q  And when you went to see Dr. German, what did he do for you?
22 A  I don't recall the first thing. They're

Page 28

1  really an outstanding medical facility for this type of situation. He did do an X-ray.
3  Q  Was that the first time that you had seen him?
5  A  Yes.
6  Q  Did he refer you to physical therapy?
7  A  He did.
8  Q  Did that help your condition in your left shoulder?
10 A  No, sir.
11 Q  It didn't improve much with the therapy?
12 A  No, sir.
13 Q  How about the hit on your head, did that resolve?
15 A  I never had any problem.
16 Q  Okay. You never got any further treatment for that.
18 A  No.
19 Q  Now, you told me that had some trouble sculpting after the incident.
21 A  Yes.
22 Q  That was the month of December of 2002 and

Page 29

1  the following year.
2  A  Yes.
3  Q  Other than that, do you know how much time that you missed from work?
5  A  That is my work, the next year.
6  Q  What work did you do that following year?
7  A  Pretty much tried to sell whatever inventory I had and that's pretty much what I did.
9  Q  You sold work that you had already completed.
11 A  Yes, sir. It was mostly prints that I sold.
12 Q  But during that year you were having trouble doing new items.
14 A  Yes. To do sculpting you have to use both hands.
16 Q  Right. Now, you eventually had arthroscopic surgery on the left shoulder?
18 A  Yes, sir.
19 Q  And was that at the recommendation of Dr. German?
21 A  It was.
22 Q  When did that occur, was that in 2003?

8 (Pages 26 to 29)

Page 30

1    A    2003, yes, sir.
2    Q    That was subsequent to your physical
3    therapy?
4    A    Yes.
5    Q    Did the arthroscopic surgery help your
6    shoulder?
7    A    Well, after a period of time it did. At the
8    time, what I remember is being in a sling for several
9    weeks.
10   Q    Being in a sling for several weeks?
11   A    Yes, sir.
12   Q    Did they send you back to therapy after the
13   surgery?
14   A    After he thought that I was well enough to
15   do that he sent me back.
16   Q    Do you remember when the first time after
17   the incident that you tried to play golf?
18   A    Quite a while after.
19   Q    Quite a while?
20   A    Yes, sir.
21   Q    Did you play golf before the surgery?
22   A    I think I went out there and played one or

Page 31

1    two wholes and I couldn't do it, so I just stopped.
2    Q    So it was sometime after the surgery that
3    you tried to play golf regularly again?
4    A    No, I didn't play regularly. I don't play
5    as regularly today as I did before that time.
6    Q    That's because of the injury?
7    A    It still is a problem when I do that. I
8    might play three to six holes and --
9    Q    Any other activities that you did before
10   that you can't do now?
11   A    Well, I couldn't use my left arm for a
12   period of time because of the sling.
13   Q    Let me be more specific. Did you lift
14   weights before the incident happened?
15   A    I did.
16   Q    And have you done so since?
17   A    Sometime after I did some, and that still
18   continues when I do that. I have to be real careful how
19   I do that. My arm is still sensitive to that, so I
20   don't use heavy weights anymore.
21   Q    Was the weightlifting something that you did
22   on your own or did the doctor recommend that for you to

Page 32

1    do?
2    A    It's something I did on my own.
3    Q    And you're not seeking treatment any longer
4    for the shoulder?
5    A    No, sir.
6    Q    Do you remember the last time that you took
7    any pain killers for your shoulder?
8    A    No.
9    Q    It's been a while?
10   A    It's been a while. It was during the time
11   that I was in the sling. I don't take pain pills if I
12   don't have to.
13   Q    Are you able to do the sculpting now?
14   A    Yes, sir. I don't have to lift anything
15   heavy because I work with clay.
16   Q    Right, but you're claiming that in 2003 --
17   A    That I couldn't work at all.
18   Q    Even with the clay.
19   A    Yes, sir.
20   Q    How does the business work? You produce it
21   and then you work with somebody else who tries to sell
22   for you?

Page 33

1    A    No, sir. I do my own marketing.
2    Q    So you sell direct?
3    A    Yes, sir.
4    Q    Do you have a gallery?
5    A    I did. I mostly work on e-mails and so
6    forth. Not today though. Back then it just kind of
7    went dead on me.
8    Q    So you're saying now that if somebody would
9    place an order it would be an e-mail.
10   A    Yes, sir.
11   Q    They buy it off the internet?
12   A    Pretty much.
13   Q    Did you have a webpage for your --
14   A    Not now because it's under construction.
15   Q    Did you have a webpage before?
16   A    It was basically a website that was designed
17   to sell the products that I had before, which was mint
18   condition prints.
19   Q    Your attorney, by the way, did a good job
20   with these discovery responses. It makes it easier.
21   It's well organized.
22        In 2003 your income was less than 2002.

9 (Pages 30 to 33)

Page 34

1  A   I don't remember the number, but it was a
2  significant drop as I recall.
3  Q   And that was due to the fact that you could
4  not sculpt and sell.
5  A   Right.
6  Q   But you indicated to me that you did sell
7  some inventory.
8  A   Yes, sir.
9  Q   But just not the normal amount.
10 A   Right.
11 Q   Give me one second here, we're getting near
12 the end.
13     When you fell in the tub, the only thing
14     that
15 you hurt was your shoulder and bumping your head.
16 A   Yes, sir.
17 Q   Do you have any plans to come back to D.C.?
18 A   I'm sure I will have to, but I --
19 Q   No immediate plans?
20 A   No immediate plans.
21 Q   Other than for this case?
22 A   Well, I don't come here that often.

Page 35

1  Q   Okay. Less than you used to?
2  A   Well, I did less than I used to.
3  Q   Why is that?
4  A   I don't like to. It's just that I've
5  traveled for 40 years and now I'm in a position to be
6  able to send some of my staff to these meetings and so
7  forth.
8  Q   So it's just a lifestyle choice for you.
9  A   It is.
10 Q   Okay. I see.
11 A   I'm here because of this specific meeting.
12 Q   You had a motor vehicle accident in April of
13 2003.
14 A   Yes, sir. Someone hit me from the back.
15 Q   You were rear ended?
16 A   Yes, sir.
17 Q   Where was this, Oklahoma?
18 A   Yes, sir. It was in Seminole where I live.
19 Q   Did you file a claim as a result of this?
20 A   No, sir. I did go see a doctor because I
21 experienced a little headache, so I thought I better go
22 to see if there might be a problem, but they didn't find

Page 36

1  anything.
2  Q   This was April 2003. So it was basically
3  six months after the incident. Did you hurt your left
4  shoulder again?
5  A   No, sir.
6  Q   Did the injuries that you suffered in that
7  accident stay with you for a while?
8  A   No, sir. I had a little headache and it
9  just went away.
10 Q   It was a pretty minor event.
11 A   Right. Yeah.
12 Q   Do you know if Mr. Smith had any further
13 conversations with Marriott people other than the young
14 lady at the desk that we talked about?
15 A   I don't know that. I've seen him on a
16 couple occasions but he has never mentioned anything to
17 me.
18 Q   Did he travel back to Oklahoma with you
19 after the incident?
20 A   I think he did. I don't recall anything
21 specifically.
22 Q   How were you able to manage your luggage at

Page 37

1  that time going back?
2  A   Well, I probably had a bellman take my
3  things out and someone at the airport take it in.
4  Q   You told me you went to see Dr. German that
5  January of 2003. Did you take pain killers over the
6  course of December 2002?
7  A   I think I took aspirin that the doctor
8  recommended to me.
9  Q   That they had recommended to you at GW?
10 A   Yes.
11 Q   How does the shoulder feel now?
12 A   It's not painful like it once was and it
13 hurts to some degree but it's not as painful as before.
14 If I lay on it, like I suggested earlier, it may hurt.
15 I don't play golf very often but when it does start to
16 hurt, I quit playing.
17     MR. LYNCH: Those are all the questions I
18 have.
19     (Whereupon, at 10:55 a.m.,
20     the deposition of ENOCH HANEY
21     was concluded.)
22     * * * * *

1

1    CERTIFICATE OF NOTARY PUBLIC

2    I, GERVEL A. WATTS, the officer before whom

3    the foregoing deposition was taken, do hereby certify

4    that the testimony that appears in the foregoing pages

5    was recorded by me and thereafter reduced to

6    typewriting under my direction; that said deposition is

7    a true record of the proceedings; that I am neither

8    counsel for, related to, nor employed by any of the

9    parties to the action in which this deposition was

10   taken; and further, that I am not a relative or

11   employee of any counsel or attorney employed by the

12   parties hereto, nor financially or otherwise interested

13   in the outcome of this action.

14

15

16              *[signature: Gervel A. Watts]*

17              GERVEL A. WATTS

18           Notary Public in and for the

19              District of Columbia

20

21   My commission expires:

22   January 14, 2009