# DEFENDANT'S EXHIBIT 4

**SEA, Ltd.   PROJECT NO.  605794**                    **ISSUE DATE: February 16, 2007**

# MACLAY, LYNCH, GREGG & LYNCH, P.C.
## File No. 026454
## Attention: Robert Lynch
## 1629 K Street, Suite 1150
## Washington DC 20006

# HANEY v. MARRIOTT
# FALL ANALYSIS



1110 Benfield Boulevard
Suites A-D
Millersville, Maryland 21108
410.987.1077 • 800.635.9507
Fax 410.987.1129
www.SEAlimited.com

ATLANTA • BALTIMORE/WASHINGTON • CHICAGO • CLEVELAND • COLUMBUS • FORT LAUDERDALE • HOUSTON • JACKSONVILLE • ST. LOUIS • TAMPA

**S·E·A**

## TABLE OF CONTENTS

SECTION                                                                 PAGE

I.    PROJECT SUMMARY ...................................................................................1
          PROJECT ASSIGNMENT ...................................................................1
          SCOPE OF PROJECT ...........................................................................1
          CONCLUSIONS......................................................................................1
II.   PROCEDURES ..............................................................................................2
III.  DISCUSSION .................................................................................................2
          BACKGROUND ....................................................................................2
          SITE INSPECTION ..............................................................................2
          ANALYSIS .............................................................................................4
IV.   SIGNATURES.................................................................................................5

*S·E·A*

## I.        PROJECT SUMMARY

### PROJECT ASSIGNMENT

SEA, Ltd. (SEA) was asked to review file material and investigate a fall that occurred at the Marriott Hotel (Hotel) at 775 12th Street NW in Washington, DC.  On November 12, 2002, Mr. Enoch Haney reportedly fell in the shower in his room.  This investigation was assigned to the direction of SEA Principal Technical Consultant Fawzi P. Bayan C.S.P., as SEA Project No. 605794.

### SCOPE OF PROJECT

SEA was asked to consult with respect to this accident, including an evaluation of the slip resistance of the subject shower-bathing surface.

### CONCLUSIONS

- **At the time of SEA's inspection the subject tub was found to be equipped with original slip resistance surface treatment.**

- **Based on friction testing, the traction available to a user of the subject shower area, in the presence of soapy water, is on average 3 times the value required by ASTM for slip-resistant bathing facilities.**

- **In the presence of water alone, consistent with Mr. Haney's testimony, SEA's tests showed a static coefficient of friction on average 4.5 times the required ASTM minimum level of performance for slip resistant bathing facilities.**

- **The shower area meets the required level of traction performance for slip-resistant bathing facilities, is safe for normal use, and was not the cause of the fall.**

- 1 -

*S·E·A*

## II.    PROCEDURES

1. **SEA reviewed file material related to this accident including:**

   - The complaint
   - The deposition of Mr. Enoch Haney taken on December 7, 2006
   - Plaintiff's response to defendant's interrogatories
   - ASTM (American Society of Testing and Materials) standards, including ASTM F462 and ASTM F1678

2. **On January 9, 2007, SEA documented Mr. Haney's room and its bathroom** photographically and geometrically.

3. **The shower-bathing surface traction was evaluated** using the Brungraber Mark I tester used in accordance with ASTM procedures.

## III.    DISCUSSION

## BACKGROUND

A review of the documents listed above indicates, during his stay, Mr. Haney had previously taken showers in the subject bathroom. He stated that he had stepped in the tub, that both feet were in the tub, and that water was running when he fell. He had not yet used soap or shampoo. He tried to arrest his fall with the grab bar, apparently using his left hand, but eventually fell to the tub floor after hitting his head on the wall. He also states that he doesn't recall if the tub had any non skid treatment.

The subject tub by American Standards was installed in the 1990's and did not change since the date of the fall. In addition, this tub had no history of falls at the Hotel.

## SITE INSPECTION

An inspection was conducted at the Hotel on January 9, 2007. Mr. Haney's room was inspected and its bathroom was documented both geometrically and photographically. The shower area did not change since the date of the fall and consists of a 4'10" by 2'2" tub, a rod and curtain, a faucet spout and controls, a shower head, a triangular platform for soap and other bathing supplies, a grab bar, an overflow drain and a regular drain. **Figure 1** is a photograph of the shower area. **Figure 2** is a photograph of the floor surface displaying the presence of a surface treatment consisting of a pattern of one-inch diameter circles.





**FIGURE 1:**    **View of the shower area.**



**FIGURE 2:**    **View of the tub surface treatment.**

- 3 -

*S·E·A*

## ANALYSIS

**At the time of SEA's inspection the subject tub was found to be equipped with original slip resistance surface treatment.** The bathing surface of the tub was tested for traction. SEA used a Brungraber Mark I unit (**Figure 3**) in accordance with ASTM procedures as outlined in ASTM F462 Standard Consumer Safety Specification for Slip-Resistant Bathing Facilities. This procedure specifies the use of soapy water to test the bathing surface traction and measurements in nine locations. The results of SEA's test showed a static coefficient of friction on average 3 times the ASTM specified minimum required level of performance.

**SEA concludes, based on friction testing, that the traction available to a user of the shower area, in the presence of soapy water, is on average 3 times the value required by ASTM for slip resistant bathing facilities. In the presence of water alone and consistent with Mr. Haney's testimony, SEA's tests resulted in a static coefficient of friction on average 4.5 times the required ASTM minimum required level of performance for slip resistant bathing facilities.**

Accordingly, **the shower area meets the required level of traction performance for slip resistant bathing facilities, is safe for normal use, and was not the cause of the fall.** This is consistent with the information that this tub had no history of falls at the Hotel.



**FIGURE 3:    Mark I unit with soapy water.**

**S·E·A**

## IV.    SIGNATURES

SEA hereby certifies the expressed opinions and conclusions have been formulated within a reasonable degree of professional certainty.  They are based upon all of the information known by SEA as of the time this report was issued, as well as knowledge, skill, experience, training, and/or education.

Report Prepared By:                                          Report Reviewed By:

_____                          _____
Fawzi P. Bayan, C.S.P.                                    Anthony D. Cornetto, III
Principal Technical Consultant                         Senior Technical Consultant

SEA, Ltd.   PROJECT NO.  605794                    ISSUE DATE: February 16, 2007