# DEFENDANT'S EXHIBIT 6

**MCS**

Marriott Claims Services
MCS - Eastern Region

Marriott Drive
Washington, DC 20058
Ofc (301) 820-6399
Fax (301) 820-6394

March 24, 2003

Enoch Hanney
P.O. Box 103
Seminole, OK 74818-0103

Re:   Marriott Metro Center
DOI:  11-11-02
File #: 026454

Dear Mr. Hanney:

I have tried to make contact with you via telephone, but have been unable to reach you. Attached is a release displaying the offer that we are willing to make for settlement on this claim, $300.00. This covers your medical bill that was submitted, and some compensation for your inconvenience and pain and suffering. Please sign the release and return it to our office in the envelope provided, if you should accept the offer being made. If you should have any questions, please feel free to contact me. I can be reached between 9:00AM and 6:00PM Eastern Standard Time, Monday through Friday. Thank you.

Sincerely,

Mark Bicocchi
Marriott International
Claims Adjuster
Dept. 924.37
301-820-6361
mark.bicocchi@marriott.com

0000007

**MCS**

MCS - Eastern Region
Marriott Drive Dept. 924.37
Washington, DC 20058

File #: 026454

# RELEASE AND SETTLEMENT OF CLAIM

For the sole consideration of *Three-Hundred dollars only-to include any and all liens ($300.00)* the undersigned hereby releases and forever discharges **Marriott International, Inc.**, its parents, subsidiaries, affiliates, predecessors, successors, directors, officers, shareholders, employees, agents, ("Marriott Releasees") and all other persons, firms and corporations legally responsible or in privity with the Marriott Releasees from all claims and demands, rights and causes of action of any kind the undersigned now has or hereafter may have on account of or in any way growing out of Personal Injuries known or unknown to me/us at the present time and Property Damage resulting or to result from an occurrence which happened on or about 11/11/2002 and do hereby covenant to **INDEMNIFY** and save harmless the said Marriott Releasees from and against all claims and demands whatsoever on account of or in any way growing out of said occurrence or its results both to person and property. This release expresses a full and complete **SETTLEMENT** of liability claimed and denied, regardless of the adequacy of the above consideration, and the acceptance of this release shall not operate as an admission of liability on the part of anyone nor as an estoppel, waiver or bar with respect to any claim the party or parties released may have against the undersigned claimant (s).

Witness my hand and seal.

(1) Dated_____

_____
Witness' Name

_____
Witness Signature

YOU ARE MAKING A FINAL SETTLEMENT

THIS IS A RELEASE: READ BEFORE SIGNING
I

WE  Enoch Hanney
Claimant(s) Printed Name(s)

_____
Claimant Signature

000008