# DEFENDANT'S EXHIBIT 8

**HANEY, INC**
P. O. Box 72
Seminole, OK 74818-0072
website: www.kellyhaney.com

(405) 382-3369
Fax (405) 382-3324

April 8, 2003

Mark Bicocchi
Marriott International
Claims Adjuster - Dept. 924.37
Marriott Claims Services
Marriott Drive
Washington, DC  20058

Re: Marriott Metro Center
DOI: 11-11-02
File #: 026454

Dear Mr. Bicocchi:

I am in receipt and review of your letter dated March 24, 2003 in which you request settlement of the above-mentioned claim in the amount of $300.00. I do not accept the offer in reference to be reasonable; therefore, I deny such opportunity.

In response to my pain, I have elected to seek professional medical attention under the care of Robert A. German, M.D. I have attached a memorandum from his office describing my condition and expressing my requirement for further therapy, including the possible requirement of diagnostic arthroscopy. I will follow-up with his advice to ensure I can do what I can to remedy my injury.

Although I appreciate the letter of concern received from Mr. Tim Fletcher, Director of Operations, I am very disappointed by the response of Marriott staff the evening of my injury. I hope your response to my desire to leave my claim open in an effort to meet my medical needs will be met with good faith and a standard of care that exceeds that in which I have experienced with Marriott Metro Center.

I will continue to meet the responsibility of my medical care and accounts thereof. I hope you will continue to meet the responsibility of communicating with me effectively regarding my file.

Sincerely yours,

Enoch Kelly Haney

Cc: Gena Timberman Howard,
    Attorney at Law

0000011

*Your Source of Fine Native Art*