**DEFENDANT'S EXHIBIT 9**

```
                        UNIVERSITY HOSPITAL
 CYCLE 11/22/02         P.O. BOX 100507
 INS.                   ATLANTA  GA                              30384-0507
                        202 715-4905                             BIRTH-DATE
   F    T               FEI #  23-2896725                        11/12/40  705
 HANEY, ENOCH KELLY                                              OUT PATIEN
 GUAR PH:  (405)382-2534        106844756 M 62  11/13/02


    ENOCH KELLY HANEY                          1 PRIVATE PAY
    P.O. BOX 103
    SEMINOLE OK 74868




ETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS
/13 43022250 001 99282            192.25    192.25
VEL 2 ED W/ PROCEDURES    450


ALANCE FORWARD                              192.25-                           192.

UMMARY OF CURRENT CHARGES
         EMERGENCY ROOM            192.25    192.25


UB-TOTAL OF CURR. CHARGES          192.25    192.25

MPLOYER INFORMATION:
    STATE OF OKLAHOMA
    2300 N LINCOLN BLVD
    OKLAHOMA CITY OK 73105


GUAR RELATIONSHIP:   S          SEX:  M      GUAR NO:   443384672
ACC DATE:  11/11/02  TYPE: H   TIME:  5:00 PM   PLACE:       EMPL REL: N
DIAGNOSIS:
            840.9   SHOULDER/ARM NOS SPRAIN
            E885.9  FALL FROM TRIPPING NEC




    AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO
    UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE
 O T A L S                     192.25
106844756                                                                     192.
```

000005