IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENOCH KELLY HANEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02501-JDB- |
| ) | JMF |
| ) | **Judge: John D. Bates** |
| **MARRIOTT INTERNATIONAL, INC.** ) | **Deck Type: Personal Injury** |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**UPON CONSIDERATION** of Enoch Kelly Haney's Motion to Strike the Report of Defendant's Expert Witness or in the Alternative, for Leave to Depose Defendant's Expert Witness and Designate a Rebuttal Expert and any opposition thereto, it is this _____ day of _____, 2007

**ORDERED**, that Defendant's expert witness Fawzi P. Bayan is precluded from testifying in the instant matter, and Defendant may not rely upon his testimony or affidavit, unless within 14 days of this Order Defendant provides Plaintiff with a FRCP 26(a)(2) report; and thereafter makes Fawzi P. Bayan available for deposition by Plaintiff. Within 30 days of the deposition of Fawzi P. Bayan or the receipt of the FRCP 26(a)(2) report, whichever is later, Plaintiff shall name any expert witness it intends to call in rebuttal to Fawzi P. Bayan.

_____
Judge

Copies to:

    Robert L. Dillard, Esq.
    1850 M Street, NW
    Suite 640
    Washington, DC 20036
    *Counsel for Plaintiff*

    Robert P. Lynch, Esq.
    1629 K Street, NW
    Suite 802
    Washington, D.C. 20006
    *Counsel for Defendant*