EXHIBIT 1

LAW OFFICES

# MACLEAY, LYNCH, GREGG & LYNCH, P. C.

SUITE 802
1629 K STREET, N.W.
WASHINGTON, D.C. 20006

202-785-0123
FAX 202-393-3390

VIRGINIA
4201 WILSON BOULEVARD
SUITE 110-316
ARLINGTON, VA 22203

February 20, 2007

Mr. Robert Dillard, Esq..
Douglas, Boykin & Oden, PLLC
1401 Eye Street, N.W.
Suite 310
Washington, D.C. 20005

RE:   Enoch Kelly Haney v. Marriott International, Inc.

Dear Mr. Dillard:

Please allow the enclosed report by Fawzi Bayan to serve as a supplement to our previously-filed expert witness statement. If you require a more formal supplementation, please do not hesitate to contact me.

Sincerely,

Robert P. Lynch