IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENOCH KELLY HANEY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02501-JDB-JMF |
| ) | Judge: John D. Bates |
| **MARRIOTT INTERNATIONAL, INC.** ) | Deck Type: Personal Injury |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, Enoch Kelly Haney, through counsel, pursuant to Federal Rule of Civil Procedure 6(b) and requests this court enlarge the time to respond to Defendant's Motion for Summary Judgment pending the disposition of Plaintiff's Motion to Strike the Report of Plaintiff's Expert Witness or in the Alternative, for Leave to Depose Defendant's Expert Witness and Designate a Rebuttal Expert ("Motion to Strike").  As set forth in Plaintiff's Points and Authorities, Defendant's Motion for Summary Judgment significantly relies upon the opinion of Fawzi P. Bayan C.S.P. ("Mr. Bayan"), who opines upon the ultimate issue of liability in this matter.  As discussed more fully in the Motion to Strike, Defendant failed to produce Mr. Bayan's report until the final day of the discovery period, thereby prejudicing Plaintiff's ability to inquire of Mr. Bayan's qualifications or otherwise inquire of his opinions and the bases thereof.  Furthermore, Defendant's failure to disclose its expert's qualifications unduly prejudices Plaintiff's ability to challenge the assertions made in Defendant's Motion for Summary Judgment.

WHEREFORE, Plaintiff respectfully requests an enlargement of the time to respond to Defendant's Motion for Summary Judgment until a date left to the Court's discretion following its disposition of Plaintiff's Motion to Strike the Report of Defendant's Expert Witness or in the Alternative, for Leave to Depose Defendant's Expert Witness and Designate a Rebuttal Expert.

Dated: April 20, 2007                              Respectfully Submitted,

/s/ Robert L. Dillard
_____
Frederick A. Douglas, Bar No. 197897
Robert L. Dillard, Bar No. 492948
DOUGLAS & BOYKIN PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
Telephone:   202-776-0370
Facsimile:    202-776-0975
*Counsel for Plaintiff, Enoch Kelly Haney*

## CERTIFICATION REGARDING CONSENT

I HEREBY CERTIFY that on April 20, 2007, I sought consent to the relief requested and was not able to obtain such consent.

/s/ Robert L. Dillard
_____
Robert L. Dillard

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered by electronic service, this 20th day of April, 2007, to:

Mr. Robert P. Lynch, Esq.
1629 K Street, NW
Suite 802
Washington, DC 20006
*Counsel for Defendant*

/s/ Robert L. Dillard
_____
Robert L. Dillard

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENOCH KELLY HANEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02501-JDB- |
| ) | JMF |
| ) | Judge: John D. Bates |
| MARRIOTT INTERNATIONAL, INC. ) | Deck Type: Personal Injury |
| ) | |
| Defendant. ) | |
| ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

In support of its Motion to Enlarge Time to Respond to Defendant's Motion for Summary Judgment, Plaintiff, Enoch Kelly Haney (hereinafter "Mr. Haney" or "Plaintiff") states the following:

1.  On December 19, 2007, at a status conference, the Court issued an amended scheduling order requiring that discovery be completed by February 20, 2007.

2.  By letter dated February 20, 2007, Defendant mailed Mr. Bayan's report entitled "Haney v. Marriott Fall Analysis", to counsel's office. The report mailed to Plaintiff's counsel did not arrive until Friday, February 23, 2007. In the report Mr. Bayan asserts conclusions relating to the ultimate issue in this case.

3.  On April 6, 2007, Defendant filed a Motion for Summary Judgment, strongly relying upon the opinion of Mr. Bayan in attempting to establish that the bathtub at issue in this matter was not defective or in an unsafe condition at the time of Mr. Haney's accident on November 12, 2002. Defendant has offered on reason to explain the late

4

filed report, and further, when asked if his expert could be deposed to inquire of his opinions, refused to agree.

4.      For reasons discussed more fully therein, on April 19, 2007, Plaintiff filed a Motion to Strike the Report of Plaintiff's Expert Witness, or in the Alternative, For Leave to Depose Defendant's Expert Witness and Designate a Rebuttal Expert ("Motion to Strike").  Plaintiff has objected to Defendant's attempt to shield his expert's opinion form disclosure after the close of discovery as well as Defendant's failure to disclose all of the information required under Federal Rule of Civil Procedure 26(a)(2)(B) governing expert testimony.

5.      Defendant's failure to disclose its expert's qualifications has unduly prejudiced Plaintiff's ability to challenge the assertions made in Defendant's Motion for Summary Judgment.  As such, Plaintiff requests an enlargement of time to respond to Defendant's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 6(b) to a date left to the Court's discretion following the disposition of Plaintiff's Motion to Strike.

6.      Plaintiff seeks this enlargement in good faith and for good cause shown in its Motion to Strike and not to prejudice the Defendant.  *See* Lujan v. National Wildlife Federation, 497 U.S. 871 (1990).  Moreover, as a trial date has not been set for this matter, the requested relief is not intended to unduly delay the progress of the proceedings.

WHEREFORE, Plaintiff respectfully requests an enlargement of the time to respond to Defendant's Motion for Summary Judgment until a date left to the Court's discretion following its disposition of Plaintiff's Motion to Strike the Report of

5

Defendant's Expert Witness or in the Alternative, for Leave to Depose Defendant's Expert Witness and Designate a Rebuttal Expert.

Dated: April 20, 2007

Respectfully Submitted,

/s/ Robert L. Dillard
_____
Frederick A. Douglas, Bar No. 197897
Robert L. Dillard, Bar No. 492948
DOUGLAS & BOYKIN PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
Telephone:    202-776-0370
Facsimile:    202-776-0975
*Counsel for Plaintiff, Enoch Kelly Haney*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered by electronic service, this 20th day of April, 2007, to:

Mr. Robert P. Lynch, Esq.
1629 K Street, NW
Suite 802
Washington, DC 20006
*Counsel for Defendant*

/s/ Robert L. Dillard
_____
Robert L. Dillard

6