IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENOCH KELLY HANEY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02501-JDB- |
| ) | JMF |
| ) | Judge: John D. Bates |
| **MARRIOTT INTERNATIONAL, INC.** ) | Deck Type: Personal Injury |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Enoch Kelly Haney's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment and any opposition thereto, it is this _____ day of _____, 2007

ORDERED, that the time for Plaintiff's response to Defendant's Motion for Summary Judgment is hereby enlarged pending disposition of Plaintiff's Motion to Strike the Report of Plaintiff's Expert Witness or in the Alternative, for Leave to Depose Defendant's Expert Witness and Designate a Rebuttal Expert.  Upon disposition of this Motion, the Court will determine a deadline for Plaintiff's response to Defendant's Motion for Summary Judgment.

_____
Judge

Copies to:

Robert L. Dillard, Esq.
1850 M Street, NW
Suite 640
Washington, DC 20036
*Counsel for Plaintiff*

Robert P. Lynch, Esq.
1629 K Street, NW
Suite 802
Washington, D.C. 20006
*Counsel for Defendant*