UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
ENOCH KELLY HANEY,                     )
                                       )
      Plaintiff,                       )
                                       )   Civil Action No. 05-2501(JDB)
    v.                                 )
                                       )
MARRIOTT INT'L, INC.,                  )
                                       )
      Defendant.                       )
_____)

## ORDER

    Presently before the Court are two motions filed by plaintiff: [18] a motion to strike the report prepared by defendant's expert witness or, in the alternative, for leave to depose that witness outside of the discovery period; and [19] a related motion for an extension of time to oppose defendant's summary judgment motion. The basis for plaintiff's requested relief is that defendant waited until the last day of the discovery period before mailing the contested expert report, thus depriving plaintiff of the opportunity to depose that witness. That delay has become prejudicial, plaintiff submits, because defendant's summary judgment motion relies heavily on the expert report and includes that report as a supporting exhibit. Dkt. #17 (Exhibit 4). Plaintiff therefore asks that the Court either strike the expert's report from the summary judgment record or, alternatively, extend the briefing schedule so that plaintiff may depose the expert and respond accordingly - - including by designating a rebuttal expert - - in his opposition papers.

    Upon consideration of plaintiff's related motions, the Court concludes that the most sensible course - - the one that would best increase the possibilities of having all relevant

information in the record at the critical summary judgment stage - - is to grant the second form of relief sought by plaintiff. Specifically, the Court will require that defendant's expert witness be deposed within twenty (20) days of this Order. Plaintiff shall notify the Court when that deposition has taken place, and shall file its opposition to defendant's motion not later than thirty (30) days following the deposition. Defendant will then have two weeks to file a reply in support of its motion. Accordingly, it is this 23rd day of April, 2007, hereby

**ORDERED** that [19] plaintiff's motion for an extension of time to file an opposition to defendant's motion for summary judgment is **GRANTED**; it is further

**ORDERED** that [18] plaintiff's motion to strike the report prepared by defendant's expert witness or, in the alternative, for leave to depose that witness outside of the discovery period is **GRANTED IN PART**; it is further

**ORDERED** that plaintiff shall depose defendant's expert witness within twenty days of the date of this Order and shall notify the Court upon completion of that deposition; it is further

**ORDERED** that plaintiff shall file his opposition to defendant's motion for summary judgment within thirty days of deposing defendant's expert; and it is further

**ORDERED** that defendant shall file a reply in support of its motion for summary judgment, if any, within two weeks of the filing of plaintiff's opposition.

**SO ORDERED.**

/s/   John D. Bates
John D. Bates
United States District Judge

Dated:  April 23, 2007