IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENOCH KELLY HANEY**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>)<br>)<br>**MARRIOTT INTERNATIONAL, INC.**  )<br>)<br>**Defendant.**  )<br>) | Case No. 1:05-cv-02501-JDB-<br>JMF<br>**Judge: John D. Bates**<br>**Deck Type: Personal Injury** |

### ORDER

UPON CONSIDERATION of Defendant Mariott International, Inc.'s Motion for Summary Judgment and any opposition thereto, it is this _____ day of _____, 2007, hereby

ORDERED that the same is hereby DENIED.

_____
Judge

Copies to:

Robert L. Dillard, Esq.
Douglas & Boykin, PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
*Counsel for Plaintiff*

Robert P. Lynch, Esq.
1629 K Street, NW
Suite 802
Washington, DC 20006
*Counsel for Defendant*

Case 1:05-cv-02501-JDB   Document 21-2   Filed 06/07/2007   Page 2 of 2