**PLAINTIFF'S EXHIBIT 2**

```
                                                              HOUSEKEEPING REPORT
                                                                  DIRTY ROOMS
DATE: 11/10/02
TIME: 08:13:28
==========================================================================================
                         DATE: 11/10/02        PT12
COMPLEX:   1        HOUSEKEEPER: ANH L
SECTION:  21
                                                       HT   WC   BM   BP    CK-OUT   INHOUSE
ROOM#  CX  TYPE  ST  #P  DEPT   DS   KS   TS   PC  BT
                                                                                     GUEST IN
1241   1  NSDB   OD   1                                                              GUEST IN
1242   1  NSDB   OD   1   Y                                                          GUEST IN
                                                                             ------  SILVER ME
1243   1  NSDB   OD   4                                                              GUEST IN
1244   1  NSKG   OD   1   Y                                                          GUEST IN
                                                                             ------  SILVER ME
1245   1  NSDB   OD   4                                                              GUEST IN
                                                                             ------  MR MEMBER
1246   1  NSDB   OD   1   Y                                                          GUEST IN
                                                                             ------  SILVER ME
1247   1  NSKG   OD   4                                                              GUEST IN
1248   1  NSKG   OD   1                                                              GUEST IN
                                                                             ------  LATE ARRI
1250   1  NSDB   OD   1   Y                                                          GUEST IN
1252   1  NSKC   OD   1                                                              GUEST IN
                                                                             ------  MR MEMBER
1401   1  NSCK   OD   1                                                              GUEST IN
                                                                             ------  PLATINUM
1403   1  NSCK   OD   1           DND                                                GUEST IN
                                                                             ------  PLATINUM
1404   1  NSCD   OD   1                                                              GUEST IN
                                                                             ------  GOLD MEM
1405   1  NSCK   OD   2                                                              GUEST I
                                                                             ------  PLATINUM
1406   1  NSCK   OD   1   Y                                                          GUEST I
                                                                             ------  SILVER M
1408   1  NSCK   OD   1   Y

FOR TODAY:   HAVE A GREAT DAY!!!

DIRTY/VACANT        0
DIRTY/STAYOVER     10
DIRTY/DEPARTURE     6
TOTAL TO CLEAN     16
```

```
11/11/02                                    HOUSEKEEPING REPORT
07:15:39                                         DIRTY ROOMS
========================================================================
                                            ANTONIA    PT 12
COMPLEX:    1           DATE: 11/11/02
SECTION:   10           HOUSEKEEPER:  ANH L
------------------------------------------------------------------------
ROOM#  CX TYPE ST #P DEPT  DS KS TS PC BT HT WC BM BP  CK-OUT    INHOU

1243   1 NSDB OD  4  Y   VR / / VR / / / / / /  ------|GUEST
                                                       |SILVER

1245   1 NSDB OD  4  Y   VR / / VR / / / / / /  ------|GUEST
                                                       |SILVER

1247   1 NSKG OD  4  Y   VR / / VR / / / / / /  ------|GUEST
                                                       |SILVER

1248   1 NSKG VD        VR / / OR / / / / / /
1252   1 NSKG VD        VR / / OR / / / / / /

1401   1 NSCK OD  1     OR / / OR / / / / / /  ------|GUEST
                                                       |MR MEMB

1403   1 NSCK OD  1     OR / / OR / / / / / /  ------|GUEST
                                                       |PLATINU

1404   1 NSCD OD  1  Y  VR / / VR / / / / / /  14:00 |GUEST
                                                ------|PLATINU

1405   1 NSCK OD  2  Y  VR / / VR / / / / / /  ------|GUEST
                                                       |GOLD ME

1406   1 NSCK OD  1     OR / / OR / / / / / /  ------|GUEST
                                                       |LATE AR
                                                       |SILVER

(1408) 1 NSCK OD  1     OR / / OR / / / / / /  ------|GUEST
                                                       |LATE AR
                                                       |MR MEMB

1411   1 NSCD OD  1     OR / / OR / / / / / /        |GUEST

1415   1 NSEK OD  1  Y  VR / / VR / / / / / /  ------|GUEST
                                                       |GOLD ME

1423   1 NSCK OD  1  Y  VR / / VR / / / / / /        |GUEST

1425   1 NSCK OD  1  Y  VR / / VR / / / / / /  ------|GUEST
                                                       |GOLD ME

1427   1 NSCK OD  2     OR / / OR / / / / / /  ------|GUEST
                                                       |PLATINU
```

VR
1244 VR   1409 VR
1246 VR   1413 VR
1250 VR   1420 VR