# PLAINTIFF'S EXHIBIT 3

# McBride Clinic, Inc.

1110 North Lee
Oklahoma City, Oklahoma 73103
Telephone (405) 232-0341

June 11, 2003

RE:  ENOCH K HANEY
SSN: 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

To Whom It May Concern:

Mr. Haney is a patient that I have been following for left shoulder pain. I initially saw in January of 2003. He had a fall in a hotel room in November of 2002, and had significant pain and disability in his shoulder. On his initial evaluation, he demonstrated fairly good range of motion, but tenderness over the AC joint, as well as the lateral acromion. His rotator cuff strength was good, although he did demonstrate irritation of the supraspinatus tendon with stressing. We started him on anti-inflammatories, injected the subacromial space, and started him on therapy.

Initially he did okay, but his symptoms recurred. I last saw him in May, at which point he demonstrated weakness in the supraspinatus tendon, as well as impingement findings. At that point, we ordered an MRI. His MRI has been reviewed and demonstrates a full thickness tear of the supraspinatus tendon, as well as impingement type bony abnormalities.

I think that given these findings, the only reasonable treatment option is a decompression and rotator cuff repair. It is my medical opinion that the rotator cuff tear was initiated by the traumatic accident at the hotel in November of 2002. Surgically repairing Mr. Haney's rotator cuff should improve his function, help his pain, and prevent progression of the tear.

If you have any questions concerning his injury and his treatment to this date, please feel free to contact my office.

Sincerely,

*Robert A German MD*

Robert A. German, M.D.

RAG/md

000019