UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENOCH KELLY HANEY | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:05-cv-02501-JDB |
| MARRIOTT INTERNATIONAL, INC. | : | Judge: John D. Bates |
| | | Deck Type: Personal Injury |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

Mr. Clerk:

    Please enter the appearance of Jack D. Lapidus, Esquire and Macleay, Lynch, Gregg & Lynch, P.C., as co-counsel for the Defendant in the above referenced case.

MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By: /s/ Jack D. Lapidus
    Jack D, Lapidus, #447869
    Robert Lynch, 416824
    1629 K Street, N.W.
    Suite 802
    Washington, DC 20006
    (202) 785-0123
    Attorneys for Defendant
    Marriott International, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed to all parties, this 19th day of June, 2007, to:

Frederick A. Douglas, Esq.
Monica E. Monroe, Esq.
Douglas, Boykin & Oden, PLLC
1401 Eye Street, N.W.
Suite 310
Washington, D.C. 20005
Counsel for Plaintiff


                                                                  /s/ Jack D. Lapidus
                                                                   Jack D. Lapidus