UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENOCH KELLY HANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-2501(JDB) |
| v. ) | |
| ) | |
| MARRIOTT INT'L, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of [17] the motion for summary judgment by defendant Marriott International, Inc., and the opposition and reply thereto, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 9th day of October, 2007, hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that plaintiff's action is **DISMISSED**. This is a final appealable Order. See Fed. R. App. P. 4(a).

**SO ORDERED**.

/s/   John D. Bates
John D. Bates
United States District Judge

1

Dated:     October 9, 2007